# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

Lisa Crump
Plaintiff

v.

Dallas Area Rapid Transit
Defendant

Case Number: 3-20-CV3630-E

FILED 2020 DEC 11 PM 2:44
DEPUTY CLERK ___

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.
2. Other material, if any.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

Unable to obtain the services of counsel. Please appoint counsel in this matter

Date: 12-11-20
Signature: Lisa Crump
Print Name: Lisa Crump
Address: 11601 Lago Vista West #1246
City, State, Zip: Farmers Branch, TX 75234
Telephone: 972-703-0247