UNITED STATES DISTRICT COURT
FOR THE Northern District of Texas
Dallas

| | | |
|---|---|---|
| Lisa Crump | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case Number: 3:20–cv–03630–E–BK |
| | § | |
| Dallas Area Rapid Transit | § | |
|     Defendant. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The Motion to Proceed *In Forma Pauperis* is **GRANTED.**

SIGNED 12/14/2020.

Renee Harris Toliver
Magistrate Judge