ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2020 JAN 11 PM 1:26

DEPUTY CLERK

**Lisa Crump**
Plaintiff

v.

**Dallas Area Rapid Transit**
Defendant

Case Number: **3:20-CV-3630-E-BK**

### Request For Extension

Need additional time to complete paperwork as well as seek counsel

*Attach additional pages as needed

Date: 1/11/21
Signature: Lisa Crump
Print Name: Lisa Crump
Address: 11601 Lake Vista W #1246
City, State, Zip: Farmers Branch, TX 75234
Telephone: 972-703-0247