# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Dallas _____ DIVISION

2021 FEB -9 PM 12: 56

DEPUTY CLERK _____

**Lisa Crump**
Plaintiff

v.

**Dallas Area Rapid Transit**
Defendant

Case Number: 3:20-CV-03630-E-BK

## Motion to Withdraw

I would like to withdraw my lawsuit against Dallas Area Rapid Transit at this time

*Attach additional pages as needed

Date: 2-9-21
Signature: Lisa Crump
Print Name: Lisa Crump
Address: 11601 Lago Vista W #1246
City, State, Zip: Farmers Branch, TX 75234
Telephone: 972-703-0247